**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 08-128 (PLF)** |
| | **:** | **STATUS DATE: May 16, 2008** |
| **v.** | **:** | |
| | **:** | |
| | **:** | |
| **Lorie Harrington** | **:** | |
| **Defendant.** | **:** | |

**UNITED STATES' UNOPPOSED MOTION TO**
**ALLOW THE ROUTINE PROCESSING OF THE DEFENDANT**

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby requests an order to permit the routine administrative processing of the

defendant in this case on May 16, 2008 after the plea hearing.  In support of this motion, the

United States submits that:

1.      The government expects the defendant to plead guilty to wire fraud, in violation

of 18 U.S.C. § 1343, before this Court on May 16, 2008.  The defendant has not yet completed

the necessary administrative processing by law enforcement, which would include booking,

fingerprinting, and photographing.  The defendant has not yet been detained.

2.      The undersigned government counsel has spoken with the attorney for the

defendant, who represented that the defendant does not oppose this motion.motion.

3.      The assigned detectives and agents in this case have advised government counsel

that the necessary administrative processing can be completed after the plea hearing.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


               /s/
               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

By:     Jeff Pearlman
         Assistant United States Attorney
         Bar No. 466901
         Federal Major Crimes Section
         555 4th Street, N.W.
         Washington, D.C. 20530
         (202) 353-2385
         jeffrey.pearlman@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 08-128 (PLF)** |
| | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **LORIE HARRINGTON** | **:** | |
| **Defendant.** | **:** | |

<u>ORDER</u>

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Lorie Harrington, on May 16, 2008, after the plea hearing, be

accompanied by a representative of the government to the First District Police Station, at 415 4th

Street, S.W., Washington, D.C. 20024, or other appropriate facility, for the purpose of booking,

fingerprinting, photographing, and other necessary processing in this case, and that this

processing be a condition of the defendant's current release conditions.


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE