CO-526
(12/86)

**FILED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
)
vs. )    Criminal No. _08-128 (PLF)_
)
LORIE HARRINGTON )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives ~~his~~ her right to trial
by jury.

_____
**Defendant**

_____
**Counsel for defendant**

I consent:

_____
**United States Attorney**

Approved:

_____
**Judge**