AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
MAY 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
v.
LORIE HARRINGTON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-128 (PLF)

I, __LORIE HARRINGTON__, the above named defendant, who is accused of

WIRE FRAUD  18 U.S.C. 1343

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/16/2008__ prosecution by indictment and consent that the
                                           Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer