**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 08-128 (PLF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **LORIE HARRINGTON,** | **:** | |
| **ALISHA WILLIAMS** | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Bridgette Crafton, at telephone number (202) 353-2385 and/or email address

Bridgette.Crafton@usdoj.gov .    Bridgette Crafton will substitute for Assistant United States

Attorney Jeffrey Pearlman as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610



_____

BRIDGETTE CRAFTON
Assistant United States Attorney
Federal Major Crimes, Bar No. NJ 018051996
555 4th Street, NW,  Room 4231
Washington, DC 20530
(202) 353-2385